UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

DONALD REYNOLDS-BEY,

    Petitioner,

v.

GREGORY KIZZIAH, Warden,

    Respondent.

Civil Action No. 7:17-148-KKC

**MEMORANDUM OPINION
AND ORDER**

\*\*\* \*\*\* \*\*\* \*\*\*

Donald Reynolds-Bey is a prisoner confined at the United States Penitentiary – Big Sandy in Inez, Kentucky. Proceeding without a lawyer, Reynolds-Bey has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [R. 1].

This Court has reviewed Reynolds-Bey's petition and will deny it because it is plainly apparent that he is not entitled to relief. While Reynolds-Bey provides four arguments to support his petition, each of those arguments is simply unintelligible or otherwise wholly without merit. [R. 1-1 at 1-2]. For example, Reynolds-Bey confusingly argues that "contracts supersede the Constitution, the law therein and thereof, as well as all constraints, prohibitions, and provisions therein expressed, due to the fact that contracts arise not from the Constitution, but from without the Constitution, based upon a man's unalienable and unlimited right to privately contract, which cannot be impaired." [R. 1-1 at 1]. Reynolds-Bey later mentions "Secretary of State filing numbers" and claims a "misapplication of the statute(s)/law(s)/code(s) or the like," as well as "malicious prosecution, conspiracy and fraud, via maritime action by the former Assistant U.S. Attorney(s) registered under Apostille Seal with Tennessee Secretary of State." [R. 1-1 at 2].

Reynolds-Bey also fails to provide any factual background for his purported claims and includes no documentation from his prior criminal proceedings relevant to those claims. Ultimately, Reynolds-Bey's submission appears to be similar to a complaint he filed a few months ago, which this Court also dismissed as wholly without merit. *See Donald Reynolds-Bey v. USP Big Sandy*, No. 7:17-cv-144-KKC (E.D. Ky. July 19, 2017). In short, it is obvious from Reynolds-Bey's petition that he is not entitled to relief.

Accordingly, it is hereby **ORDERED** as follows:

1. Reynolds-Bey's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED**.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A corresponding judgment will be entered this date.

Dated October 3, 2017.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY